

# Fourth Court of Appeals
## San Antonio, Texas

July 22, 2015

No. 04-15-00347-CV

Chris **RODRIGUEZ**,
Appellant

v.

**U.S. Home Ownership LLC**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CI01511
Honorable Peter A. Sakai, Judge Presiding

## ORDER

In accordance with this court's memorandum opinion of this date, appellee's motion to dismiss this appeal is GRANTED, and this appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on July 22, 2015.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of July, 2015.

_____
Keith E. Hottle, Clerk